(No. 6088—

COUNTY OF COOK and COOK COUNTY DEPARTMENT OF PUBLIC AID, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed May 11, 1971.*

EDWARD V. HANRAHAN, Attorney for Claimants.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.